FILED
AUG 19 2009
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:09-M-1735

| | |
|---|---|
| UNITED STATES OF AMERICA | }<br>}<br>} |
| V. | }<br>} CRIMINAL INFORMATION |
| SMITH, STEPHANIE L. | } |

The United States Attorney charges:

COUNT I

THAT, on or about March 25, 2009, on the Pope Air Force Base Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, STEPHANIE L. SMITH, did commit the offense of impaired driving, to wit: by operating a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

GEORGE E.B. HOLDING
United States Attorney

BY: _____
RACHEL A. LANDSEE, CPT, USA
Special Assistant United States Attorney