| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System TRANSFER OF JURISDICTION | DOCKET NUMBER (Transfer Court) 5:09-M-1735-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 3:09-M-1298-JRK |
| NAME OF OFFENDER Stephanie L. Smith | DISTRICT EASTERN NORTH CAROLINA | DIVISION WESTERN |
| | NAME OF SENTENCING JUDGE James E. Gates | |
| | DATES OF SUPERVISION → | FROM September 15, 2009 | TO September 14, 2010 |

OFFENSE : Driving While Impaired - Level 5 in violation of 18 U.S.C. §13 assimilating N.C.G.S. 20-138.1

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Middle District of Florida upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

30 September 2009
Date

_____ U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

## PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

October 16, 2009
Effective date

James R. Klindt
United States ~~District~~ Judge
Magistrate